IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CAROL ANN SCRIVNER,

    Plaintiff,

v.                                                                                   CV No. 17-201 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon Plaintiff's *Second Unopposed Motion to Extend Briefing Deadlines*, (Doc. 21), filed September 12, 2017. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that:

1. Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision on or before **September 29, 2017**;

2. Defendant shall file a Response on or before **November 29, 2017**; and

3. Plaintiff may file a Reply on or before **December 14, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE