# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CAROL ANN SCRIVNER,

    Plaintiff,

v.                                                                        CV No. 17-201 CG

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS MATTER** is before the Court upon Plaintiff's *Unopposed Motion to Extend Briefing Deadline for Reply*, (Doc. 26), filed December 14, 2017. The Court, noting that the Motion is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff may file a Reply to her Motion to Reverse or Remand on or before **December 18, 2017**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE